**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| LANDDESIGN, INC. and LDSI, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:10-0725 |
| | ) | Judge Trauger |
| LEWIS J. NORMAN, DAVID REED, and | ) | |
| GIDEON VENTURES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that defense counsel shall fully comply with Local Rule

83.01(g) before their Motion to Withdraw (Docket No. 13) shall be considered by the court.

It is so **ORDERED**.

ENTER this 9th day of February 2011.

_____

ALETA A. TRAUGER
U.S. District Judge