UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANDDESIGN, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-0725 |
| ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| LEWIS J. NORMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 35).

A case management conference by telephone is scheduled in this case on **Monday, September 19, 2011, at 11:00 a.m.** The Court will initiate this call.

The defendants are directed to call the undersigned Magistrate Judge's chambers at (615) 736-5878 prior to the date and time of the telephone conference to provide a telephone number where they can be reached at the time of the conference.

It is so **ORDERED**.

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge