IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANDDESIGN, INC. and LDSI, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:10-0725 |
| ) | Judge Trauger |
| LEWIS J. NORMAN, DAVID REED, and ) | Magistrate Judge Bryant |
| GIDEON VENTURES, LLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 23, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 61), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiffs' Motion For Default Judgment against defendants Lewis J. Norman and Gideon Ventures, LLC is **GRANTED**, and the plaintiffs shall file appropriate affidavits and other evidence establishing the amount of their claim.

The court notes that the only remaining defendant in this case is defendant David Reed, who is *pro se*, and does not appear to have filed an Answer to the Complaint. The Magistrate Judge is requested to determine the status of the claims against defendant Reed, as this case is set for a bench trial on July 24, 2012.

It is so **ORDERED**.

ENTER this 10th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge